IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RJ LEE GROUP, INC., ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 11-1179 |
| ) | Magistrate Judge Maureen P. Kelly |
| HAWKINS PARNELL THACKSTON & ) | |
| YOUNG, LLP; R.T. VANDERBILT ) | |
| COMPANY, INC., ) | |
| Defendants. ) | |

ORDER

AND NOW, this 8th day of November, 2011, it appearing that the above captioned case has been resolved.

IT IS HEREBY ORDERED that the Clerk of Court mark the above captioned case closed inasmuch as no further action by the court is contemplated at this time.

Nothing contained in this Order shall be considered a dismissal or disposition of this matter and, should further proceedings in it become necessary or desirable, either party may initiate it in the same manner as if this order has not been entered.

/s/ MAUREEN P. KELLY
United States Magistrate Judge

cc:   Counsel of Record via CM-ECF