IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RJ LEE GROUP, INC., | ) | CA No. 2:11-cv-01179 |
| | ) | |
| Plaintiff, | ) | |
| | ) | Maureen P. Kelly |
| v. | ) | |
| | ) | |
| HAWKINS PARNELL THACKSTON & YOUNG, LLP, AND R.T. VANDERBILT COMPANY, INC., | ) ) ) | ELECTRONICALLY FILED |
| | ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL OF CLAIMS ASSERTED AGAINST HAWKINS PARNELL THACKSTON & YOUNG, LLP

NOW, the parties to the above-captioned action, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate that all claims asserted against Hawkins Parnell Thackston & Young, LLP are dismissed with prejudice.


/s/ Matthew H. Meade
Matthew H. Meade
Bradley J. Kitlowski
Buchanan Ingersoll & Rooney PC
301 Grant Street
One Oxford Centre, 20th Floor
Pittsburgh, PA 15219

*Counsel for RJ Lee Company*

/s/ Mark R. Hamilton
Mark R. Hamilton
Cipriani & Werner, P.C.
650 Washington Road, Suite 700
Pittsburgh, PA 15228

*Counsel for R.T. Vanderbilt Company, Inc.*


/s/ Frederick W. Bode, III
Frederick W. Bode, III
Dickie, McCamey & Chilcote
Two PPG Place, Suite 400
Pittsburgh, PA 15222-5402

*Counsel for Hawkins Parnell Thackston & Young, LLP*


Dated: December 19, 2011

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RJ LEE GROUP, INC., | ) | CA No. 2:11-cv-01179 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| HAWKINS PARNELL THACKSTON & YOUNG, LLP, AND R.T. VANDERBILT COMPANY, INC., | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER OF COURT

AND NOW, this ___ day of _____, 2011, upon consideration of the STIPULATION OF DISMISSAL PURSUANT TO FED.R.CIV.P. 41 filed by the parties, said Stipulation is APPROVED, and all claims against and by Hawkins Parnell Thackston & Young, LLP are dismissed with prejudice.

SO ORDERED:

_____
Judge Maureen P. Kelly
United States District Judge