IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RJ LEE GROUP, INC., | ) CA No. 2:11-cv-01179-MPK |
| Plaintiff, | ) |
| v. | ) |
| HAWKINS PARNELL THACKSTON & YOUNG, LLP, AND R.T. VANDERBILT COMPANY, INC., | ) ELECTRONICALLY FILED |
| Defendants. | ) |

## STIPULATION OF DISMISSAL OF CLAIMS ASSERTED AGAINST R.T. VANDERBILT COMPANY, INC.

NOW, RJ Lee Group, Inc. and R.T. Vanderbilt Company, Inc., the remaining parties to the above-captioned action, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate that all claims asserted against R.T. Vanderbilt Company, Inc. are dismissed with prejudice.

/s/ *Matthew H. Meade*
Matthew H. Meade
Bradley J. Kitlowski
Buchanan Ingersoll & Rooney PC
301 Grant Street
One Oxford Centre, 20th Floor
Pittsburgh, PA 15219

*Counsel for RJ Lee Group, Inc.*

Dated: February 17, 2012

/s/ *Mark R. Hamilton*
Mark R. Hamilton
Cipriani & Werner, P.C.
650 Washington Road, Suite 700
Pittsburgh, PA 15228

*Counsel for R.T. Vanderbilt Company, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RJ LEE GROUP, INC., ) | CA No. 2:11-cv-01179-MPK |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| HAWKINS PARNELL THACKSTON & ) | |
| YOUNG, LLP, AND R.T. VANDERBILT ) | |
| COMPANY, INC., ) | |
| ) | |
| Defendants. ) | |

## **ORDER OF COURT**

AND NOW, this ___ day of _____, 2012, upon consideration of the STIPULATION OF DISMISSAL PURSUANT TO FED.R.CIV.P. 41 filed by RJ Lee Group, Inc. and R.T. Vanderbilt Company, Inc., said Stipulation is APPROVED, and all claims against R.T. Vanderbilt Company, Inc. are dismissed with prejudice.

SO ORDERED:

_____
Judge Maureen P. Kelly
United States District Judge

#8329135-v1;0036185/000021